

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Rebox Corp** |
| Bankruptcy Case: | **Fred's Inc.** |
| Preference Period: | **Jun 11, 2019 - Sep 9, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 628476 | 4/30/2019 | $4,860.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 627717 | 4/5/2019 | $4,752.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 627461 | 3/28/2019 | $4,860.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 627277 | 3/20/2019 | $4,752.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 627225 | 3/22/2019 | $4,989.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 626917 | 3/14/2019 | $4,882.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 467658 | $33,978.60 | 6/24/2019 | 626916 | 3/14/2019 | $4,882.50 |

**Totals:**     **1 transfer(s),    $33,978.60**