# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 3Cloud, LLC | 21-51044 |
| A & C Business Enterprises LLC | 21-51047 |
| Accelerate360 Distribution, LLC dba American News Company, LLC | 21-51034 |
| Alco Manufacturing Company | 21-51049 |
| Alere Toxicology Services, Inc. | 21-51051 |
| All American Security & Service | 21-51054 |
| ARC Realty, LLC | 21-51055 |
| ateb, Inc. | 21-51056 |
| Audio Architex Inc. | 21-51057 |
| Avaneesh Enterprises | 21-51059 |
| BDO USA, LLP aka BDO Siedman | 21-51061 |
| Benjamin Ray Skinner dba All-Star Security Services | 21-51035 |
| Buffalo Rock Company | 21-51036 |
| Buffalo Rock Distribution Company, L.L.C. | 21-51063 |
| C.H. Robinson Company Inc. | 21-51065 |
| Caplin & Drysdale, Chartered | 21-51096 |
| CBRE Capital Markets, Inc. | 21-51097 |
| CDW Direct, LLC | 21-51098 |
| Clarion Security LLC | 21-51101 |
| Clark Beverage Group, Inc. dba Clark Beverage Corp. | 21-51105 |
| Cotton Gallery, Ltd. | 21-51107 |
| DataMax System Solutions, Inc. | 21-51110 |
| David Coyt Majure | 21-51114 |
| Dippin' Dots, L.L.C. | 21-51116 |
| Duffy Box & Recycling, Inc. dba Box Resellers | 21-51120 |
| Echelon Solutions Group LLC | 21-51122 |
| Ecolab Inc.  ** | 21-51086 |
| Engie Insight Services Inc. | 21-51124 |
| eRx Network, LLC | 21-51125 |
| European Home Design, LLC | 21-51126 |
| Family Four Construction Inc. | 21-51127 |
| FGX International Inc. | 21-51038 |
| GlaxoSmithKline LLC ** | 21-51083 |
| Grant Thornton LLP | 21-51132 |

| | |
|---|---|
| H2 Holdings, LLC dba Asylas | 21-51128 |
| Haddad Associates, Inc. dba Gateway Group Personnel | 21-51040 |
| Hallmark Marketing Company, LLC | 21-51129 |
| Hogan Dedicated Services, LLC | 21-51130 |
| Hogan Logistics, Inc. | 21-51131 |
| Hot Graphics & Printing, Inc. | 21-51136 |
| Hughes Network Systems, LLC | 21-51138 |
| InComm Healthcare & Affinity, Inc. | 21-51141 |
| Interactive Communications International, Inc. dba InComm | 21-51043 |
| Interface Security Systems, L.L.C. | 21-51144 |
| International Cotton Depots, Inc. | 21-51147 |
| J & D Resources, Inc. dba JDResources, Inc. | 21-51041 |
| JMJ Phillip Group, LLC | 21-51149 |
| K.W. Textile, Inc. | 21-51153 |
| Kentwood Land, LLC | 21-51042 |
| Konica Minolta Business Solutions U.S.A., Inc. dba Konica Minolta Premier Finance | 21-51155 |
| Kraft Heinz Foods Company dba Kraft Foods | 21-51156 |
| Lewisburg Printing LLC | 21-51157 |
| Loyalty Lane, Inc. | 21-51158 |
| Magic Video, Inc. | 21-51045 |
| Manthan Systems Inc. | 21-51159 |
| Marketing by Design LLC | 21-51134 |
| Marketouch Media, Inc. | 21-51135 |
| Mars PetCare US Inc. | 21-51137 |
| McKee Foods Corporation | 21-51139 |
| Meltzer, Purtill & Stelle LLC | 21-51140 |
| Mercer Health & Benefits LLC | 21-51142 |
| Michaels Stores, Inc. dba Michaels | 21-51143 |
| MTI Digital Inc. | 21-51145 |
| NASDAQ, Inc. | 21-51146 |
| NexTech Solutions LLC | 21-51046 |
| Novus Media LLC | 21-51148 |
| Oldcastle Lawn & Garden, Inc. | 21-51150 |
| OrderInsite, LLC | 21-51152 |
| Orkin, LLC | 21-51154 |
| Parata Systems, LLC | 21-51121 |
| Pfizer, Inc. | 21-51123 |
| Pinnacle Propane Express, LLC | 21-51048 |
| PJ Solomon Securities, LLC | 21-51058 |

| | |
|---|---|
| Prairie Farms Dairy, Inc. | 21-51050 |
| Premium Waters, Inc. | 21-51060 |
| PRGX USA, Inc. | 21-51062 |
| Pridestaff, Inc. | 21-51064 |
| R & M Joint Venture, LLC | 21-51133 |
| RE Transportation, Inc. | 21-51066 |
| Rebox Corp | 21-51067 |
| Red River Commodities, Inc. | 21-51068 |
| Reddy Ice LLC | 21-51069 |
| Refresco Beverages US Inc. dba Cott Beverages Inc. | 21-51070 |
| Republic Services, Inc. | 21-51071 |
| Richter Consulting Inc. | 21-51072 |
| RSUI Group, Inc | 21-51052 |
| S.C. Johnson & Son, Inc. | 21-51073 |
| Scriptcycle, LLC | 21-51074 |
| Securitas Security Services USA, Inc. | 21-51075 |
| SHI International Corp. | 21-51076 |
| SJT Enterprises, Inc. | 21-51077 |
| SMS Assist, L.L.C. | 21-51078 |
| Southern Telecom, Inc. fdba AIT International Inc.; and Rosenthal & Rosenthal, Inc.  ** | 21-51089 |
| SP National Management LLC fdba Strategic Partner LLC | 21-51079 |
| Spectrum Brands, Inc. | 21-51080 |
| Staffmark Investment LLC | 21-51081 |
| Sterling Building Specialists Inc. | 21-51082 |
| Store Systems Technology, Inc. | 21-51084 |
| Stratus Unlimited LLC fdba MC Sign LLC | 21-51085 |
| Tableau Software, LLC | 21-51087 |
| Telapex, Inc. dba C Spire | 21-51088 |
| Telepak Networks, Inc. dba C Spire Fiber | 21-51090 |
| The Bazaar, Inc. | 21-51091 |
| The Quaker Oats Company | 21-51092 |
| The Terminix International  Company Limited Partnership | 21-51093 |
| The Wholesale Group L.L.C. | 21-51094 |
| Tom Bell Fire Equipment, LLC | 21-51095 |
| TripActions, Inc. | 21-51099 |
| Trustwave Holdings, Inc. | 21-51100 |
| TSG Enterprises, LLC dba RadiusPoint | 21-51102 |
| Turner Dairy Farms, Inc. | 21-51103 |
| U.S. Alliance Paper, Inc. | 21-51104 |

| | |
|---|---|
| United Parcel Service, Inc. dba UPS | 21-51106 |
| Universal Charge Accounts, Inc. | 21-51108 |
| U-Play USA, LLC aka U-Play Corporation | 21-51109 |
| UTZ Quality Foods, Inc. | 21-51111 |
| VaxServe, Inc. | 21-51112 |
| W. L. Petrey Wholesale Company, Inc. | 21-51113 |
| Warren Oil Company, LLC | 21-51115 |
| Washington Inventory Service, Inc. | 21-51117 |
| Waste Management, Inc. | 21-51053 |
| Working Solutions of Memphis, LLC | 21-51118 |
| Yash Technologies, Inc. | 21-51119 |

* 123 Adversary Proceedings