**BALLOT FOR DEFENDANT'S ELECTION AS TO PROCEDURES ORDER TRACK**

Please provide name and adversary proceeding number of the Defendant completing this ballot:

_____      _____

Defendant Name                                                                                          Adversary Proceeding Number

**Please note:** This ballot question is **only** for Defendants with cases with total amount in controversy less than or equal to $75,000.00.

**BALLOT QUESTION**: If you are currently listed on Exhibit 1 to Exhibit B to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy less than or equal to $75,000.00), which order provides for mediation prior to discovery, and you elect instead to be moved to Exhibit 2 to Exhibit C to the Procedures Motion (proposed Procedures Order for cases with total amount in controversy greater than $75,000.00), which provides for discovery prior to mediation, you may elect to be moved to the Exhibit C by checking the box below. **If you wish to remain on Exhibit 1 to Exhibit B to the Procedures Motion, which provides for mediation prior to discovery, you do not have to fill out any form.**

☐    By checking this box, Defendant hereby consents to be moved to Exhibit 2 to Exhibit C, the Procedures Order for cases with total amount in controversy greater than $75,000.00

**Please return Ballot to:**

**Via Email:** lmiskowiec@askllp.com

**Via mail:**

ASK LLP
Attn: Laurie N.P. Miskowiec
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

**\*\*AS INDICATED IN THE NOTICE OF MOTION, DEFENDANTS WISHING TO FILL IN THIS BALLOT MUST DO SO ON OR BEFORE OCTOBER 12, 2021. LATE BALLOTS WILL NOT BE MOVED TO A DIFFERENT ORDER \*\***