# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Fred's, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11984 (CTG)<br><br>(Jointly Administered) |
| FI Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit "A",<br><br>Defendant. | **Obj. Deadline: October 12, 2021 at 4:00 p.m. (ET)**<br>**Hrg. Date:  October 25, 2021 at 10:00 a.m. (ET)**<br><br>Adv. No. See Exhibit "A" |

## NOTICE OF HEARING AND RESPONSE DATE FOR MOTION AND DEFENDANTS' ELECTION AS TO PROCEDURES ORDER TRACK

**PLEASE TAKE NOTICE** that the FI Liquidating Trust (the "Plaintiff" or "Trust") has filed *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to 11 U.S.C. §§ 502, 547, 548, 549 and 550 of the Bankruptcy Code* (the "Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2]

Your rights might be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' current mailing address is c/o FI Liquidating Trust, 27 Crimson King Drive, Bear, DE 19701.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Procedures Motion.

wish to consult an attorney).

**PLEASE TAKE FURTHER NOTICE** that the Procedures Motion requests that the Court enter separate procedure orders for adversary proceedings based on the total amount in controversy: (a) one for cases with total amount in controversy less than or equal to $75,000.00; and (b) one for cases with total amount in controversy greater than $75,000.00.

   a. All cases with total transfers **equal to or less than $75,000** are currently placed on Exhibit 1 to the proposed order attached as Exhibit B to the Procedures Motion, which proposed order provides that mediation occurs prior to formal discovery. Any Defendant currently listed on Exhibit 1 to Exhibit B to the Procedures Motion who wishes to be placed on Exhibit 2 to the proposed order attached as Exhibit C to the Procedures Motion, which proposed order provides for formal discovery prior to mediation, must fill out the enclosed election form and send to Plaintiff's counsel either (1) by scanning the ballot and emailing it to the email address listed on the balloting form or (2) by mailing the ballot to the address listed on the balloting form. **This ballot must be sent so as to be received by Plaintiff's counsel no later than 4 p.m. ET on October 12, 2021.** If you wish to remain on Exhibit 1 to Exhibit B to the Procedures Motion, which provides for mediation prior to formal discovery, you do not have to fill out any form.

   b. If a Defendant notifies the Plaintiff by this deadline, the Plaintiff will move the Defendant(s) in cases with total transfers equal to or less than $75,000.00 that requested the change to the proposed order attached as Exhibit C to the Procedures Motion. **Should a Defendant not notify Plaintiff of its election to move to Exhibit C by the deadline, that Defendant is deemed to have waived its right to elect to change orders.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Procedures Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served, so as to be received by the undersigned no later than **October 12, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served, and received, and such objection is not otherwise timely resolved, a hearing to consider such objection to the Motion will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy

Judge**,** at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **October 25, 2021 at 10:00 a.m. (ET)**. Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

**PLEASE TAKE FURTHER NOTICE THAT IF AN OBJECTION IS NOT FILED, SERVED, AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING OR NOTICE.**

Dated: September 28, 2021

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Ericka F. Johnson*
Matthew P. Ward, Esq. (No. 4471)
Ericka F. Johnson, Esq. (No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail:  matthew.ward@wbd-us.com
             ericka.johnson@wbd-us.com

-and-

**CONNOLLY GALLAGHER LLP \*\***

*/s/ N. Christopher Griffiths*
N. Christopher Griffiths (#5180)
Lisa Hatfield (#4967)
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801
Telephone: (302) 888-6313
Email: cgriffiths@connollygallagher.com
          lhatfield@connollygallagher.com

-and-

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq. MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 3Cloud, LLC | 21-51044 |
| A & C Business Enterprises LLC | 21-51047 |
| Accelerate360 Distribution, LLC dba American News Company, LLC | 21-51034 |
| Alco Manufacturing Company | 21-51049 |
| Alere Toxicology Services, Inc. | 21-51051 |
| All American Security & Service | 21-51054 |
| ARC Realty, LLC | 21-51055 |
| ateb, Inc. | 21-51056 |
| Audio Architex Inc. | 21-51057 |
| Avaneesh Enterprises | 21-51059 |
| BDO USA, LLP aka BDO Siedman | 21-51061 |
| Benjamin Ray Skinner dba All-Star Security Services | 21-51035 |
| Buffalo Rock Company | 21-51036 |
| Buffalo Rock Distribution Company, L.L.C. | 21-51063 |
| C.H. Robinson Company Inc. | 21-51065 |
| Caplin & Drysdale, Chartered | 21-51096 |
| CBRE Capital Markets, Inc. | 21-51097 |
| CDW Direct, LLC | 21-51098 |
| Clarion Security LLC | 21-51101 |
| Clark Beverage Group, Inc. dba Clark Beverage Corp. | 21-51105 |
| Cotton Gallery, Ltd. | 21-51107 |
| DataMax System Solutions, Inc. | 21-51110 |
| David Coyt Majure | 21-51114 |
| Dippin' Dots, L.L.C. | 21-51116 |
| Duffy Box & Recycling, Inc. dba Box Resellers | 21-51120 |
| Echelon Solutions Group LLC | 21-51122 |
| Ecolab Inc.  ** | 21-51086 |
| Engie Insight Services Inc. | 21-51124 |
| eRx Network, LLC | 21-51125 |
| European Home Design, LLC | 21-51126 |
| Family Four Construction Inc. | 21-51127 |
| FGX International Inc. | 21-51038 |
| GlaxoSmithKline LLC ** | 21-51083 |
| Grant Thornton LLP | 21-51132 |

| | |
|---|---|
| H2 Holdings, LLC dba Asylas | 21-51128 |
| Haddad Associates, Inc. dba Gateway Group Personnel | 21-51040 |
| Hallmark Marketing Company, LLC | 21-51129 |
| Hogan Dedicated Services, LLC | 21-51130 |
| Hogan Logistics, Inc. | 21-51131 |
| Hot Graphics & Printing, Inc. | 21-51136 |
| Hughes Network Systems, LLC | 21-51138 |
| InComm Healthcare & Affinity, Inc. | 21-51141 |
| Interactive Communications International, Inc. dba InComm | 21-51043 |
| Interface Security Systems, L.L.C. | 21-51144 |
| International Cotton Depots, Inc. | 21-51147 |
| J & D Resources, Inc. dba JDResources, Inc. | 21-51041 |
| JMJ Phillip Group, LLC | 21-51149 |
| K.W. Textile, Inc. | 21-51153 |
| Kentwood Land, LLC | 21-51042 |
| Konica Minolta Business Solutions U.S.A., Inc. dba Konica Minolta Premier Finance | 21-51155 |
| Kraft Heinz Foods Company dba Kraft Foods | 21-51156 |
| Lewisburg Printing LLC | 21-51157 |
| Loyalty Lane, Inc. | 21-51158 |
| Magic Video, Inc. | 21-51045 |
| Manthan Systems Inc. | 21-51159 |
| Marketing by Design LLC | 21-51134 |
| Marketouch Media, Inc. | 21-51135 |
| Mars PetCare US Inc. | 21-51137 |
| McKee Foods Corporation | 21-51139 |
| Meltzer, Purtill & Stelle LLC | 21-51140 |
| Mercer Health & Benefits LLC | 21-51142 |
| Michaels Stores, Inc. dba Michaels | 21-51143 |
| MTI Digital Inc. | 21-51145 |
| NASDAQ, Inc. | 21-51146 |
| NexTech Solutions LLC | 21-51046 |
| Novus Media LLC | 21-51148 |
| Oldcastle Lawn & Garden, Inc. | 21-51150 |
| OrderInsite, LLC | 21-51152 |
| Orkin, LLC | 21-51154 |
| Parata Systems, LLC | 21-51121 |
| Pfizer, Inc. | 21-51123 |
| Pinnacle Propane Express, LLC | 21-51048 |
| PJ Solomon Securities, LLC | 21-51058 |

| | |
|---|---|
| Prairie Farms Dairy, Inc. | 21-51050 |
| Premium Waters, Inc. | 21-51060 |
| PRGX USA, Inc. | 21-51062 |
| Pridestaff, Inc. | 21-51064 |
| R & M Joint Venture, LLC | 21-51133 |
| RE Transportation, Inc. | 21-51066 |
| Rebox Corp | 21-51067 |
| Red River Commodities, Inc. | 21-51068 |
| Reddy Ice LLC | 21-51069 |
| Refresco Beverages US Inc. dba Cott Beverages Inc. | 21-51070 |
| Republic Services, Inc. | 21-51071 |
| Richter Consulting Inc. | 21-51072 |
| RSUI Group, Inc | 21-51052 |
| S.C. Johnson & Son, Inc. | 21-51073 |
| Scriptcycle, LLC | 21-51074 |
| Securitas Security Services USA, Inc. | 21-51075 |
| SHI International Corp. | 21-51076 |
| SJT Enterprises, Inc. | 21-51077 |
| SMS Assist, L.L.C. | 21-51078 |
| Southern Telecom, Inc. fdba AIT International Inc.; and Rosenthal & Rosenthal, Inc.  ** | 21-51089 |
| SP National Management LLC fdba Strategic Partner LLC | 21-51079 |
| Spectrum Brands, Inc. | 21-51080 |
| Staffmark Investment LLC | 21-51081 |
| Sterling Building Specialists Inc. | 21-51082 |
| Store Systems Technology, Inc. | 21-51084 |
| Stratus Unlimited LLC fdba MC Sign LLC | 21-51085 |
| Tableau Software, LLC | 21-51087 |
| Telapex, Inc. dba C Spire | 21-51088 |
| Telepak Networks, Inc. dba C Spire Fiber | 21-51090 |
| The Bazaar, Inc. | 21-51091 |
| The Quaker Oats Company | 21-51092 |
| The Terminix International  Company Limited Partnership | 21-51093 |
| The Wholesale Group L.L.C. | 21-51094 |
| Tom Bell Fire Equipment, LLC | 21-51095 |
| TripActions, Inc. | 21-51099 |
| Trustwave Holdings, Inc. | 21-51100 |
| TSG Enterprises, LLC dba RadiusPoint | 21-51102 |
| Turner Dairy Farms, Inc. | 21-51103 |
| U.S. Alliance Paper, Inc. | 21-51104 |

| | |
|---|---|
| United Parcel Service, Inc. dba UPS | 21-51106 |
| Universal Charge Accounts, Inc. | 21-51108 |
| U-Play USA, LLC aka U-Play Corporation | 21-51109 |
| UTZ Quality Foods, Inc. | 21-51111 |
| VaxServe, Inc. | 21-51112 |
| W. L. Petrey Wholesale Company, Inc. | 21-51113 |
| Warren Oil Company, LLC | 21-51115 |
| Washington Inventory Service, Inc. | 21-51117 |
| Waste Management, Inc. | 21-51053 |
| Working Solutions of Memphis, LLC | 21-51118 |
| Yash Technologies, Inc. | 21-51119 |

* 123 Adversary Proceedings