## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Fred's, Inc., *et al.*,[1] | Case No. 19-11984 (CTG) |
| Debtors. | (Jointly Administered) |
| FI Liquidating Trust, | |
| Plaintiff, | |
| vs. | Adv. No. See Exhibit "A" |
| Defendants Listed on Exhibit "A", | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Kara E. Casteel, hereby certify that on September 28, 2021, a copy of *Plaintiff's Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to 11 U.S.C. §§ 502, 547, 548, 549 and 550 of the Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' current mailing address is c/o FI Liquidating Trust, 27 Crimson King Drive, Bear, DE 19701.

**ASK LLP**

By: /s/ *Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq. MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*-and-*

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward, Esq. (No. 4471)
Ericka F. Johnson, Esq. (No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail:  matthew.ward@wbd-us.com
        ericka.johnson@wbd-us.com

*-and-*

**CONNOLLY GALLAGHER LLP**
N. Christopher Griffiths (#5180)
Lisa Hatfield (#4967)
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801
Telephone: (302) 888-6313
Email: cgriffiths@connollygallagher.com
        lhatfield@connollygallagher.com

*Counsel for Plaintiff*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 3Cloud, LLC | 21-51044 |
| A & C Business Enterprises LLC | 21-51047 |
| Accelerate360 Distribution, LLC dba American News Company, LLC | 21-51034 |
| Alco Manufacturing Company | 21-51049 |
| Alere Toxicology Services, Inc. | 21-51051 |
| All American Security & Service | 21-51054 |
| ARC Realty, LLC | 21-51055 |
| ateb, Inc. | 21-51056 |
| Audio Architex Inc. | 21-51057 |
| Avaneesh Enterprises | 21-51059 |
| BDO USA, LLP aka BDO Siedman | 21-51061 |
| Benjamin Ray Skinner dba All-Star Security Services | 21-51035 |
| Buffalo Rock Company | 21-51036 |
| Buffalo Rock Distribution Company, L.L.C. | 21-51063 |
| C.H. Robinson Company Inc. | 21-51065 |
| Caplin & Drysdale, Chartered | 21-51096 |
| CBRE Capital Markets, Inc. | 21-51097 |
| CDW Direct, LLC | 21-51098 |
| Clarion Security LLC | 21-51101 |
| Clark Beverage Group, Inc. dba Clark Beverage Corp. | 21-51105 |
| Cotton Gallery, Ltd. | 21-51107 |
| DataMax System Solutions, Inc. | 21-51110 |
| David Coyt Majure | 21-51114 |
| Dippin' Dots, L.L.C. | 21-51116 |
| Duffy Box & Recycling, Inc. dba Box Resellers | 21-51120 |
| Echelon Solutions Group LLC | 21-51122 |
| Ecolab Inc.  ** | 21-51086 |
| Engie Insight Services Inc. | 21-51124 |
| eRx Network, LLC | 21-51125 |
| European Home Design, LLC | 21-51126 |
| Family Four Construction Inc. | 21-51127 |
| FGX International Inc. | 21-51038 |
| GlaxoSmithKline LLC ** | 21-51083 |
| Grant Thornton LLP | 21-51132 |

| | |
|---|---|
| H2 Holdings, LLC dba Asylas | 21-51128 |
| Haddad Associates, Inc. dba Gateway Group Personnel | 21-51040 |
| Hallmark Marketing Company, LLC | 21-51129 |
| Hogan Dedicated Services, LLC | 21-51130 |
| Hogan Logistics, Inc. | 21-51131 |
| Hot Graphics & Printing, Inc. | 21-51136 |
| Hughes Network Systems, LLC | 21-51138 |
| InComm Healthcare & Affinity, Inc. | 21-51141 |
| Interactive Communications International, Inc. dba InComm | 21-51043 |
| Interface Security Systems, L.L.C. | 21-51144 |
| International Cotton Depots, Inc. | 21-51147 |
| J & D Resources, Inc. dba JDResources, Inc. | 21-51041 |
| JMJ Phillip Group, LLC | 21-51149 |
| K.W. Textile, Inc. | 21-51153 |
| Kentwood Land, LLC | 21-51042 |
| Konica Minolta Business Solutions U.S.A., Inc. dba Konica Minolta Premier Finance | 21-51155 |
| Kraft Heinz Foods Company dba Kraft Foods | 21-51156 |
| Lewisburg Printing LLC | 21-51157 |
| Loyalty Lane, Inc. | 21-51158 |
| Magic Video, Inc. | 21-51045 |
| Manthan Systems Inc. | 21-51159 |
| Marketing by Design LLC | 21-51134 |
| Marketouch Media, Inc. | 21-51135 |
| Mars PetCare US Inc. | 21-51137 |
| McKee Foods Corporation | 21-51139 |
| Meltzer, Purtill & Stelle LLC | 21-51140 |
| Mercer Health & Benefits LLC | 21-51142 |
| Michaels Stores, Inc. dba Michaels | 21-51143 |
| MTI Digital Inc. | 21-51145 |
| NASDAQ, Inc. | 21-51146 |
| NexTech Solutions LLC | 21-51046 |
| Novus Media LLC | 21-51148 |
| Oldcastle Lawn & Garden, Inc. | 21-51150 |
| OrderInsite, LLC | 21-51152 |
| Orkin, LLC | 21-51154 |
| Parata Systems, LLC | 21-51121 |
| Pfizer, Inc. | 21-51123 |
| Pinnacle Propane Express, LLC | 21-51048 |
| PJ Solomon Securities, LLC | 21-51058 |

| | |
|---|---|
| Prairie Farms Dairy, Inc. | 21-51050 |
| Premium Waters, Inc. | 21-51060 |
| PRGX USA, Inc. | 21-51062 |
| Pridestaff, Inc. | 21-51064 |
| R & M Joint Venture, LLC | 21-51133 |
| RE Transportation, Inc. | 21-51066 |
| Rebox Corp | 21-51067 |
| Red River Commodities, Inc. | 21-51068 |
| Reddy Ice LLC | 21-51069 |
| Refresco Beverages US Inc. dba Cott Beverages Inc. | 21-51070 |
| Republic Services, Inc. | 21-51071 |
| Richter Consulting Inc. | 21-51072 |
| RSUI Group, Inc | 21-51052 |
| S.C. Johnson & Son, Inc. | 21-51073 |
| Scriptcycle, LLC | 21-51074 |
| Securitas Security Services USA, Inc. | 21-51075 |
| SHI International Corp. | 21-51076 |
| SJT Enterprises, Inc. | 21-51077 |
| SMS Assist, L.L.C. | 21-51078 |
| Southern Telecom, Inc. fdba AIT International Inc.; and Rosenthal & Rosenthal, Inc.  ** | 21-51089 |
| SP National Management LLC fdba Strategic Partner LLC | 21-51079 |
| Spectrum Brands, Inc. | 21-51080 |
| Staffmark Investment LLC | 21-51081 |
| Sterling Building Specialists Inc. | 21-51082 |
| Store Systems Technology, Inc. | 21-51084 |
| Stratus Unlimited LLC fdba MC Sign LLC | 21-51085 |
| Tableau Software, LLC | 21-51087 |
| Telapex, Inc. dba C Spire | 21-51088 |
| Telepak Networks, Inc. dba C Spire Fiber | 21-51090 |
| The Bazaar, Inc. | 21-51091 |
| The Quaker Oats Company | 21-51092 |
| The Terminix International  Company Limited Partnership | 21-51093 |
| The Wholesale Group L.L.C. | 21-51094 |
| Tom Bell Fire Equipment, LLC | 21-51095 |
| TripActions, Inc. | 21-51099 |
| Trustwave Holdings, Inc. | 21-51100 |
| TSG Enterprises, LLC dba RadiusPoint | 21-51102 |
| Turner Dairy Farms, Inc. | 21-51103 |
| U.S. Alliance Paper, Inc. | 21-51104 |

| | |
|---|---|
| United Parcel Service, Inc. dba UPS | 21-51106 |
| Universal Charge Accounts, Inc. | 21-51108 |
| U-Play USA, LLC aka U-Play Corporation | 21-51109 |
| UTZ Quality Foods, Inc. | 21-51111 |
| VaxServe, Inc. | 21-51112 |
| W. L. Petrey Wholesale Company, Inc. | 21-51113 |
| Warren Oil Company, LLC | 21-51115 |
| Washington Inventory Service, Inc. | 21-51117 |
| Waste Management, Inc. | 21-51053 |
| Working Solutions of Memphis, LLC | 21-51118 |
| Yash Technologies, Inc. | 21-51119 |

* 123 Adversary Proceedings

| Business Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Chambliss, Bahner & Stophel, P.C. | Jeffrey W. Maddux, Esq. | 605 Chestnut Street | Suite 1700 | Chattanooga | Tennessee | 37450 |
| Hallmark Marketing Company, LLC | Officer, Managing or General Agent | 2501 McGee Street | | Kansas City | Missouri | 64108-2615 |
| Buffalo Rock Distribution Company, L.L.C. | Roger D. Barker, Officer | 111 Oxmoor Road | | Birmingham | Alabama | 35202 |
| Pinnacle Propane Express, LLC | Patrick Barley, President | 600 East Las Colinas Boulevard | Suite 2000 | Irving | Texas | 75039 |
| Magic Video, Inc. | Barry Blechman, President | 475 Riverfront Drive | | Reading | Pennsylvania | 19602 |
| Hinckley Allen | Jennifer V. Doran, Esq. | 28 State Street | | Boston | Massachusetts | 02109-1775 |
| SMS Assist, L.L.C. | Marc Shiffman, Officer | 875 N. Michigan Avenue | Suite 2800 | Chicago | Illinois | 60611-1819 |
| Sterling Building Specialists Inc. | Anthony Silva, Jr., RegAgt/President | 6064 Appletree DRive | Suite 4 | Memphis | Tennessee | 38115-0307 |
| C.H. Robinson Company Inc. | Robert Biesterfeld, Jr., CEO | 14701 Charlson Road | | Eden Prairie | Minnesota | 55347 |
| Clark Beverage Group, Inc. dba Clark Beverage Corp. | Robert H. Clark, CEO | 300 Oakland Flatrock Road | | Oakland | Kentucky | 42159 |
| ateb, Inc. | Joseph B. Spears, CEO | 11125 Forest Pines Drive | | Raleigh | North Carolina | 27614 |
| The Wholesale Group L.L.C. | Ryan Hartzog, RegAgt/Officer | 694 Satori Way | | Chaska | Minnesota | 55318 |
| Singerman, Mills Desberg & Kauntz Co., L.P.A. | T. Christopher O'Connell, Esq. | 3333 Richmond Road | Suite 370 | Beachwood | Ohio | 44122 |
| Hogan Lovells US LLP | Sara Posner, Esq. | 390 Madison Avenue | | New York | New York | 10017 |
| Troutman Pepper Hamilton Sanders LLP | Evelyn J. Meltzer, Esq. | 1313 Market Street | Hercules Plaza, Suite 5100 | Wilmington | Delaware | 19801 |
| GlaxoSmithKline LLC | Dame Emma Walmsley, CEO | 5 Crescent Drive | | Philadelphia | Pennsylvania | 19112 |
| Rawlings, Ellwanger, Mohrhauser, Nelson & Roe, LLP | Jeffrey R. Mohrhauser, Esq. | 522 4th Street | Suite 300 | Sioux City | Iowa | 51101 |
| S.C. Johnson & Son, Inc. | Gustavo Grunbaum, Esq. | Corporate Counsel | 1525 Howe Street, M.S. 062 | Racine | Wisconsin | 53403-2236 |
| Nelson Mullins Riley & Scarborough, LLP | Lee B. Hart, Esq. | Atlantic Station, Suite 1700 | 201 17th Street NW | Atlanta | Georgia | 30363 |
| Califf & Harper P.C. | James S. Zmuda, Esq. | 1515 5th Avenue | Suite 700 | Moline | Illinois | 61265 |
| Family Four Construction Inc. | James Franklin Gates, Jr., CEO | 5125 Buchanan Highway | | Buchanan | Georgia | 30113 |
| David Coyt Majure | | 427 Windover Circle | | Meridian | Mississippi | 39305-2039 |
| Evans Petree PC | David Cocke, Esq. | 1715 Aaron Brenner Drive | Suite 800 | Memphis | Tennessee | 38120 |
| BDO USA, LLP aka BDO Siedman | Wayne Berson, CEO | 330 North Wabash Avenue | Suite 3200 | Chicago | Illinois | 60611-7610 |
| Pfizer, Inc. | Albert Bourla, CEO | 235 East 42nd Street | | New York | New York | 10017-5703 |
| Grant Thornton LLP | Brad Preber, CEO | 171 N. Clark Street | Suite 200 | Chicago | Illinois | 60601 |
| JG Law Firm | Gary E. Veazey, Esq. | 780 Ridge Lake Blvd, Suite 202 | | Memphis | Tennessee | 38120 |
| Refresco Beverages US Inc. dba Cott Beverages Inc. | Brad Goist, President | Corporate Center III | 8112 Woodland Center Boulevard | Tampa | Florida | 33614 |
| PRGX USA, Inc. | Ronald Stewart, CEO | 600 Galleria Parkway | Suite 100 | Atlanta | Georgia | 30339 |
| Marketouch Media, Inc. | Charles E. Russo, President | 5718 Westheimer Road | #980 | Houston | Texas | 77057 |
| Loyalty Lane, Inc. | David Ridgely, Officer | 3827 Roswell Road | | Marietta | Georgia | 30062 |
| Wright, Lindsey & Jennings LLP | Charles T. Coleman, Esq. | 200 West Capital Avenue | Suite 2300 | Little Rock | Arkansas | 72201 |
| Manthan Systems Inc. | Atul Jalan, Officer | 49 Stevenson Street | Suite 950 | San Francisco | California | 94105 |
| Ackley, Kopecky, and Kingery LLP | Larry J. Thorson, Esq. | 4056 Glass Road N.E. | | Cedar Rapids | Iowa | 52402 |
| Interface Security Systems, L.L.C. | Michael J. McLeod, President | 3773 Corporate Center DRive | | Earth City | Missouri | 63045 |
| United Parcel Service, Inc. dba UPS | Carol B. Tome, CEO | 55 Glenlake Parkway NE | | Atlanta | Georgia | 30328 |
| ARC Realty, LLC | Beau Bevis, President | 4274 Cahaba Heights Court | Suite 200 | Birmingham | Alabama | 35243 |
| Alco Manufacturing Company | Matt Dietrich, CEO | 80 West Golf Course Road | | Logan | Utah | 84321 |
| Shumaker, Loop & Kendrick, LLP | Ronald D. P. Bruckmann, Esq. | 101 South Tryon Street, Suite 2200 | | Charlotte | North Carolina | 28280 |
| The Terminix International  Company Limited Partnership | Brett Ponton, CEO | 860 Ridge Lake Boulevard | | Memphis | Tennessee | 38120 |
| Lefkovitz & Lefkovitz | Steven L. Lefkovitz, Esq. | 618 Church Street | Suite 410 | Nashville | Tennessee | 37219 |
| UTZ Quality Foods, Inc. | Tom Flocco, President | 900 High Street | | Hanover | Pennsylvania | 17331 |
| The Law Office of Susan M. Gray | Susan M. Gray, Esq. | 22255 Center Ridge Road | Suite 106 | Rocky River | Ohio | 44116 |
| Alere Toxicology Services, Inc. | Christopher Scoggins, President | 1111 Newton Street | | Gretna | Louisiana | 70053 |
| Oldcastle Lawn & Garden, Inc. | Joseph Ertel, CEO | 900 Ashwood Parkway | Suite 600 | Atlanta | Georgia | 30338 |
| Tual Graves PLLC | Angela R. Graves, Esq. | 1000 Brookfield | Suite 120 | Memphis | Tennessee | 38119 |
| Tom Bell Fire Equipment, LLC | Thomas S. Bell, Officer | 4629 Highway 302 | | Olive Branch | Mississippi | 38654 |
| Spectrum Brands, Inc. | David M. Maura, CEO | 3001 Deming Way | | Middleton | Wisconsin | 53562 |
| Pridestaff, Inc. | Tammi Heaton, Co-CEO | 763 E. Brookhaven Circle | | Memphis | Tennessee | 38117 |
| Farris Bobango PLC | Robert F. Miller, Esq. | 999 South Shady Grove Road | Suite 500 | Memphis | Tennessee | 38120 |
| Kraft Heinz Foods Company dba Kraft Foods | Miguel Patricio, CEO | 1 PPG Place | Suite 3400 | Pittsburgh | Pennsylvania | 15222 |
| Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP | Gerald A. Jeutter, Jr., Esq. | 150 Fayetteville Street | Suite 2300 | Raleigh | North Carolina | 27601 |
| Universal Charge Accounts, Inc. | Marvin B. Adelson, President | 1370 Old Freeport Road | Suite 1B | Pittsburgh | Pennsylvania | 15238 |
| Rebox Corp | Mark Young, President | 7500 Chemin de la Cote de Liesse | | Montreal, QC | | H4T 1E7 |
| Staffmark Investment LLC | Geno Cutolo, CEO | 201 East Fourth Street | Suite 800 | Cincinnati | Ohio | 45202 |
| Washington Inventory Service, Inc. | Jim Rose, President | 9265 Sky Park Court | Suite 100 | San Diego | California | 92123 |
| Lukins & Annis, P.S. | Trevor R. Pincock, Esq. | 717 West Sprague Avenue, Suite 1600 | | Spokane | Washington | 99201 |
| Trustwave Holdings, Inc. | Eric Harmon, President | 70 W. Madison Street | Suite 600 | Chicago | Illinois | 60602 |
| Echelon Solutions Group LLC | Aditya Bahl, RegAgt/CEO | 2863 95th Street | | Naperville | Illinois | 60564 |
| SP National Management LLC fdba Strategic Partner LLC | Michael W. Kent, RegAgt/Officer | 6550 Highway 51 S. | | Brighton | Tennessee | 38011-7063 |
| OrderInsite, LLC | George Lazenby, CEO | 10 Burton Hills Boulevard | Suite 110 | Nashville | Tennessee | 37215 |
| RSUI Group, Inc | David E. Leonard, CEO | 945 East Paces Ferry Road NE | Suite 1800 | Atlanta | Georgia | 30326 |
| Wold Johnson, P.C. | John V. Boulger, Esq. | 400 Gate City Bank Building | P.O. Box 1680 | Fargo | North Dakota | 58107-1680 |
| Walk Cook Lakey PLC | John L. Cook, Esq. | 431 South Main Street | Suite 300 | Memphis | Tennessee | 38103 |
| Bodner Law PLLC | Jonathan S. Bodner, Esq. | 55 Cherry Lane | Suite 101 | Carle Place | New York | 11514 |
| Brunini, Grantham, Grower & Hewes, PLLC | James A. McCullough, II, Esq. | 190 East Capitol Street | Suite 100 | Jackson | Mississippi | 39205 |
| CBRE Capital Markets, Inc. | Brian F. Stoffers, President | 2900 Post Oak Boulevard | #2100 | Houston | Texas | 77056 |
| Scriptcycle, LLC | Karsten Voermann, CFO | 34  Wall Street | Suite 501 | Asheville | North Carolina | 28801 |
| Meltzer, Purtill & Stelle LLC | William J. Mitchell, Esq., Officer | 1515 East Woodfield Road | 2nd Floor | Schaumburg | Illinois | 60173 |
| K.W. Textile, Inc. | Barak Ulin,CEO | 425 Michigan Avenue | Suite LL200 | Buffalo | New York | 14203 |
| Dippin' Dots, L.L.C. | Scott Fischer, CEO | 5101 Charter Oak Drive | | Paducah | Kentucky | 42001 |
| Wright, Lindsey & Jennings LLP | Charles T. Coleman, Esq. | 200 West Capital Avenue | Suite 2300 | Little Rock | Arkansas | 72201 |
| Samuels & Bernstein | Henry B. Samuels, Esq. | 484 Central Avenue | Suite 202 | Highland Park | Illinois | 60035 |
| Greenberg Traurig, LLP | Martin Kedziora, Esq. | 77 West Wacker Drive, Suite 3100 | | Chicago | Illinois | 60601 |
| Parata Systems, LLC | Rob Kill, CEO | 106 Roche Drive | | Durham | North Carolina | 27703 |
| International Cotton Depots, Inc. | Christopher Faust, President | 3965 Pilot Drive | | Memphis | Tennessee | 38118 |
| R & M Joint Venture, LLC | Officer, Managing or General Agent | 670 Lafayette Street | | Ringgold | Georgia | 30736-2317 |
| Avaneesh Enterprises | Bhaskar Shetty, Proprietor | A-45, Bhandup Industrial Estate | L B S Marg Pannalal Compoud | Bhandup West, Mumbai, Maharashtra | | 400078 |

| Name | Contact | Address | Suite/Building | City | State | Zip |
|---|---|---|---|---|---|---|
| Chapman and Cutler LLP | Joon P. Hong, Esq. | 1270 Avenue of the Americas | | New York | New York | 10020 |
| Mercer Health & Benefits LLC | Margaret M. O'Brien, Esq., Global Chief Counsel | 1166 Avenue of the Americas | | New York | New York | 10036 |
| Hogan Logistics, Inc. | Officer, Managing or General Agent | 2150 Schuetz Road | Suite 210 | St. Louis | Missouri | 63146 |
| U-Play USA, LLC aka U-Play Corporation | Bruce Paung, CEO | 5721 Bayside Road | Suite F | Virginia Beach | Virginia | 23455 |
| MTI Digital Inc. | Bradley Golden, President | 407 Lincoln Road | Suite PH-E | Miami Beach | Florida | 33139 |
| Walk Cook Lakey PLC | John L. Cook, Esq. | 431 South Main Street | Suite 300 | Memphis | Tennessee | 38103 |
| TripActions, Inc. | Ariel Cohen, CEO | 1501 Page Mill Road | Building Upper | Palo Alto | California | 94304 |
| Orkin, LLC | Glen W. Rollins, CEO | 2170 Piedmont Road NE | | Atlanta | Georgia | 30324-4135 |
| PJ Solomon Securities, LLC | Peter J. Solomon, RegAgt/Chairman | 1345 Avenue of the Americas | 31st Floor | New York | New York | 10105 |
| Honigman LLP | Scott B. Kitei, Esq. | 660 Woodward Avenue | 2290 First National Building | Detroit | Michigan | 48226 |
| Hogan Dedicated Services, LLC | Officer, Managing or General Agent | 2150 Schuetz Road | Suite 210 | St. Louis | Missouri | 63146 |
| Reddy Ice LLC | Deborah Conklin, Officer | 5720 LBJ Freeway | Suite 200 | Dallas | Texas | 75240 |
| Securitas Security Services USA, Inc. | Greg W. Anderson, President | 2 Campus Drive | | Parsippany | New Jersey | 7054 |
| Store Systems Technology, Inc. | David Karlson, President | 5438 Dansher Road | | Countryside | Illinois | 60525 |
| All American Security & Service | John Cousins, President | 2100 16th Street SW | | Birmingham | Alabama | 35211 |
| CDW Direct, LLC | Officer, Managing or General Agent | 200 North Milwaukee Avenue | | Vernon Hills | Illinois | 60061 |
| Rosenthal & Rosenthal, Inc. | Anthony DiTirro, Officer | 1370 Broadway | | New York | New York | 10018 |
| Southern Telecom, Inc. fdba AIT International Inc. | Sammy Ayal, CEO | 5601 1st Avenue | | Brooklyn | New York | 11220 |
| Brunini, Grantham, Grower & Hewes, PLLC | James A. McCullough, II, Esq. | 190 East Capitol Street | Suite 100 | Jackson | Mississippi | 39205 |
| Tableau Software, LLC | Marc Nelson, President | 1621 N. 34th Street | | Seattle | Washington | 98103-9193 |
| Ferraro Hancock and Associates, PLLC | Todd Hancock, Esq. | 2209 Crestmoor Road | Suite 210 | Nashville | Tennessee | 37215 |
| SHI International Corp. | Thai Lee, President | 290 Davidson Avenue | | Somerset | New Jersey | 8873 |
| Balasiano & Associates, PLLC | Judah Balasiano, Esq. | 6701 Bay Parkway | 3rd Floor | Brooklyn | New York | 11204 |
| Ecolab Inc. | Christophe Beck, Jr., CEO | 1 Ecolab P lace | | St. Paul | Minnesota | 55102-5510 |
| Kentwood Land, LLC | Officer, Managing or General Agent | 740 Museum Drive | | Mobile | Alabama | 36608 |
| The Quaker Oats Company | Robert E. Rietbroek, Presdient | 555 West Monroe Street | | Chicago | Illinois | 60661-3716 |
| Lewisburg Printing LLC | Thomas H. Hawkins, IV, RegAgt/CEO | 170 Woodside Street | | Lewisburg | Tennessee | 37091-2866 |
| Duffy Box & Recycling, Inc. dba Box Resellers | Daniel Moran, President | 555 Wharton Circle SW | | Atlanta | Georgia | 30336 |
| U.S. Alliance Paper, Inc. | John Sarraf, President | 101 Heartland Boulevard | | Edgewood | New York | 11717 |
| Michaels Stores, Inc. dba Michaels | Carl S. Rubin, CEO | 8000 Bent Branch Drive | | Irving | Texas | 75063 |
| Marketing by Design LLC | Richard Taylor, Officer | 500 Cummings Center | Suite 2500 | Beverly | Massachusetts | 1915 |
| Caplin & Drysdale, Chartered | James P. Wehner, Esq. | One Thomas Circle NW | Suite 1100 | Washington | District of Columbia | 20005 |
| Benjamin Ray Skinner dba All-Star Security Services | | 1103 Baldwin Road South | | Lake Cormorant | Mississippi | 38641-9178 |
| NASDAQ, Inc. | Adena Friedman, President/CEO | 151 West 42nd Street | | New York | New York | 10036 |
| Republic Services, Inc. | Jon Vander Ark, President/CEO | 18500 North Allied Way | | Phoenix | Arizona | 85054 |
| Thompson Coburn LLP | Francis X. Buckley, Esq. | 55 East Monroe Street | 37th Floor | Chicago | Illinois | 60603 |
| RE Transportation, Inc. | Radoslav Mihok, President | 866 Ridgeway Loop | Suite 125 | Memphis | Tennessee | 38120 |
| DataMax System Solutions, Inc. | Elliott R. Wallace, RegAgt/President | 6251 Park of Commerce Boulevard | Suite B | Boca Raton | Florida | 33487 |
| Waste Management, Inc. | James C. Fish, Jr., President | 1001 Fannin Street | | Houston | Texas | 77002-6711 |
| Buffalo Rock Company | James C. Lee, III, Exec. Chairman | 111 Oxmoor Road | | Birmingham | Alabama | 35209 |
| Troutman Pepper Hamilton Sanders LLP | Gary W. Marsh, Esq. | 600 Peachtree Street NE | Suite 3000 | Atlanta | Georgia | 30308 |
| Konica Minolta Business Solutions U.S.A., Inc. dba Konica Minolta Premier Finance | Patrick Banno, President | 100 Williams Drive | | Ramsey | New Jersey | 7446 |
| Parker, Hudson, Rainer & Dobbs LLP | Bryan E. Bates, Esq. | 303 Peachtree Street NE | Suite 3600 | Atlanta | Georgia | 30308 |
| Di Giacomo & Somers, LLC | Timothy S. Newbold, Esq. | 1 Northfield Plaza | Suite 300 | Northfield | Illinois | 60093 |